■ EASTMAN KODAK COMPANY, Appellant, v JOHNSON MOTOR LINES, INC., Respondent and Third-Party Plaintiff. TRANE COMPANY, Third-Party Defendant-Respondent. (Appeal No. 2.) —Order unanimously affirmed without costs. Same memorandum as in *Eastman Kodak Co. v Johnson Motor Lines* ([Appeal No. 1], 123 AD2d 515). (Appeal from order of Supreme Court, Monroe County, Mastrella, J.—set aside verdict.) Present—Doerr, J. P., Denman, Green, Pine and Lawton, JJ.